# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NATHANIEL JAMES DIRVIN** | : | CIVIL ACTION |
| *Individually and as parent and natural* | : | |
| *Guardian of P.B.D., a minor*, et al., | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 24-cv-2399 |
| | : | |
| **GARRISON PROPERTY AND CASUALTY** | : | |
| **INSURANCE COMPANY,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this __17TH__ day of December, 2024, upon consideration of Plaintiffs' Motion for Leave to File an Amended Complaint (ECF No. 21) and Defendant's Response in Opposition and Cross-Motion to Transfer Venue to the United States District Court for the District of New Jersey (ECF No. 22), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' motion to amend is DENIED without prejudice.

2. Defendant's cross-motion is GRANTED;

3. The Clerk of Court is directed to transfer this matter to United States District Court for the District of New Jersey.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge